AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MOUSTAPHA AL-MOULLA,

        Plaintiff,

        v.

PAT RIMA, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-5060-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendants pursuant to the Order Granting Summary Judgment entered on November 20, 2006, Ct. Rec. 24.

| | |
|---|---|
| November 20, 2006 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |